
UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CRIMINAL Case No. 99-00024-001 |
| Plaintiff, ) | |
| vs. ) | **REQUEST TO TRAVEL** |
| ROLAND J.B. MORA ) | |
| Defendant. ) | |

On December 27, 2002, Roland Mora was sentenced by the Honorable John S. Unpingco for Attempted Possession Of Methamphetamine Hydrochloride With Intent To Distribute, in violation of 21 U.S.C. § 841(a)(1). He was sentenced to 24 months imprisonment and five years supervised release. Mr. Mora's term of supervised release commenced on October 19, 2004.

Mr. Mora is requesting the Court's permission to travel to the Republic of the Philippines to accompany his mother, Leticia Mora, back to Guam. His mother had a heart attack in July 2005, and traveled to the Republic of the Philippines to undergo heart surgery. Mr. Mora stated that his father and sister accompanied his mother to the Republic of the Philippines, but have since returned to Guam to resume employment. Mr. Mora's mother remained in the Republic of the Philippines with family to recover from surgery. She is now physically able to return to Guam, and has requested that Mr. Mora accompany her home. Mr. Mora has made tentative reservations to depart Guam on August 20, 2005, and return on September 3, 2005.

Mr. Mora has been compliant with all of his conditions of supervised release. This Officer supports his travel request and seeks Court approval.

CARMEN D. O'MALLAN
U. S. Probation Officer Specialist