FILED
DISTRICT COURT OF GUAM
AUG 12 2005
MARY L.M. MORAN
CLERK OF COURT

# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>　　　　Plaintiff,<br><br>vs.<br><br>ROLAND J.B. MORA<br><br>　　　　Defendant. | CRIMINAL Case No. 99-00024-001<br><br>**ORDER** |

__✓__ APPROVED　　　　　　　____ DISAPPROVED

　　IT IS SO ORDERED this _12_ day of August 2005, that Roland J.B. Mora be authorized to travel to the Republic of the Philippines, from August 20, 2005 to September 3, 2005.

_8/12/05_
Date

_____
HONORABLE CONSUELO B. MARSHALL
Designated Judge

**ORIGINAL**