
UNITED STATES DISTRICT COURT
FOR THE
TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> ROLAND J. B. MORA ) <br> Defendant. ) <br> _____ ) | CRIMINAL CASE NO.: 99-00024-001 <br><br> **SPECIAL REPORT** |

Re: **Request to Modify Conditions of Release**

On December 27, 2002, Mr. Roland J.B. Mora was sentenced by the Honorable John S. Unpingco for Attempted Possession of Methamphetamine Hydrochloride with Intent to Distribute, in violation of 21 U.S.C. §841(a)(1). He was ordered to serve 24 months imprisonment with five years supervised release to follow. During his term of supervised release, he was ordered to abide by the following special conditions: obey all federal, state and local laws; comply with the standard conditions of supervised release as set forth by the U.S. Probation Office; not possess a firearm or other dangerous weapon; submit to one urinalysis test within 15 days of release from custody and, to two more urinalyses thereafter; be assessed for substance or alcohol abuse, and if determined to be in need of treatment he shall participate in a substance abuse program approved by the U.S. Probation Office for the treatment of narcotic addiction or drug or alcohol dependency which will include testing for the detection of substance use or abuse and to make co-payments at a rate to be determined by the U.S. Probation Office; obtain and maintain gainful employment; perform 400 hours of community service; and pay a special assessment fee of $100. Mr. Mora's term of supervised release commenced on October 19, 2004. On December 20, 2004, his conditions of supervised release were modified to include that he refrain from any and all use of alcohol.

On October 19, 2005, U.S. Probation Officer Brian S. Simon of the District of Nevada informed this Officer that Mr. Mora has been accepted by their district for transfer of supervision. Officer Simon requests that prior to accepting supervision in this case, Mr. Mora's release conditions be modified to include conditions imposed on offenders in their district.

**ORIGINAL**

SPECIAL REPORT
Request to Modify Conditions of Release
Re: MORA, Roland J.B.
USDC Cr. Cs. No. 99-00024-001
November 3, 2005
Page 3

Based on the above request, this Officer recommends that the Court modify Mr. Mora's supervised release conditions as outlined above. Attached is Probation Form 49, Waiver of Hearing to Modify Conditions of Probation/Supervised Release or Extend Term of Supervision, with his consent.

RESPECTFULLY submitted this 3rd day of November 2005.

FRANK MICHAEL CRUZ
Chief U.S. Probation Officer

By: _____
CARMEN D. O'MALLAN
U.S. Probation Officer Specialist

Reviewed by:

_____
FRANK MICHAEL CRUZ
Chief U.S. Probation Officer

RECEIVED
NOV - 4 2005
DISTRICT COURT OF GUAM
HAGATNA, GUAM

cc: USPO Brian S. Simon, District of Nevada
    File

*******************************************************************************

THE COURT ORDERS:

[✓] Judgment to be amended to reflect request

[ ] No action

[ ] Other

_____
ROBERT CLIVE JONES
United States District Judge

DATE 11/7/05

PROB 49
(3/89)

# United States District Court

for

*District of Guam*

## Waiver of Hearing to Modify Conditions
## of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

1. **Warrantless Search** - You shall submit to the search of your person, property, or automobile under your control by the Probation Officer, or any other authorized person under the immediate and personal supervision of the probation officer without a search warrant to ensure compliance with all conditions of release.

2. **Access to Financial Information** - You shall provide the probation officer access to any requested financial information, including personal income tax returns, authorization for release of credit information, and any other business financial information in which you have a control or interest.

3. **Debt Obligations** - You shall be prohibited from incurring new credit charges, opening additional lines of credit, or negotiating or consummating any financial contracts without the approval of the probation officer.

4. **Drug Tests** - You shall refrain from any unlawful use of a controlled substance and shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, not to exceed eight drug tests per month, as directed by the probation officer.

Witness: ____CARMEN D. O'MALLAN____      Signed: ____ROLAND J. B. MORA____
             U.S. Probation Officer                          Probationer or Supervised Releasee

_____October 28, 2005_____
Date