FILED
DISTRICT COURT OF GUAM
NOV 17 2005
MARY L.M. MORAN
CLERK OF COURT

**UNITED STATES DISTRICT COURT**
**FOR THE**
**DISTRICT OF GUAM**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL CASE NO. 99-00024-001 |
| Plaintiff, | ) | |
| vs. | ) | **REQUEST TO TRAVEL** |
| ROLAND J. B. MORA | ) | |
| Defendant. | ) | |

On December 27, 2002, Mr. Roland J.B. Mora was sentenced by the Honorable John S. Unpingco for Attempted Possession of Methamphetamine Hydrochloride with Intent to Distribute, in violation of 21 U.S.C. §841(a)(1). He was ordered to serve 24 months imprisonment with five years supervised release to follow. Mr. Mora's term of supervised release commenced on October 19, 2004. On December 20, 2004, his conditions of supervised release were modified to include that he refrain from any and all use of alcohol.

Mr. Mora obtained gainful employment while on pre-release under the Bureau of Prison's Transitional Services Program. On October 26, 2004, he was placed in a stringent one-year substance abuse treatment program which he completed on October 26, 2005. Mr. Mora had consistent negative substance abuse tests while on the program, and his substance abuse counselor deemed him a "model client" with a cooperative and positive attitude. He paid his special assessment in full on January 2, 2003, and completed his 400 hours of community service on May 12, 2005. Mr. Mora submitted to the mandatory three drug tests within 60 days of his release from prison, and his DNA was collected on September 6, 2005. He has been compliant with the other conditions of supervised release.

Mr. Mora had requested a transfer to the District of Nevada shortly after his term of supervised release commenced. He was instructed to complete the one year substance abuse treatment program before his request would be considered. He completed the program and a request for his transfer to Nevada was made. On October 19, 2005, U.S. Probation Officer Brian S. Simon of the District of Nevada informed this Officer that Mr. Mora was accepted by their district for a transfer of supervision.

Request to Travel
Re: MORA, Roland J.B.
USDC Cr. Cs. No. 99-00024-001
November 16, 2005
Page 2

Roland Mora plans ro depart Guam on November 19, 2005 to relocate to the District of Nevada. He will be traveling through Japan for economical reasons. This Officer supports his travel request and seeks Court approval.

Respectfully submitted,

FRANK MICHAEL CRUZ
Chief U.S. Probation Officer

By: _____
CARMEN D. O'MALLAN
U. S. Probation Officer Specialist

Reviewed by:

_____
FRANK MICHAEL CRUZ
Chief U.S. Probation Officer

cc: USPO Brian S. Simon, District of Nevada
 Karon V. Johnson, AUSA
 Joaquin C. Arriola, Jr., Defense Counsel
 File