| PROB 37 (Rev. 7/71) | UNITED STATES DISTRICT COURT FEDERAL PROBATION SYSTEM<br><br>**PERMISSION TO TRAVEL** | ADDRESS OF PROBATION OFFICE<br><br>U.S. PROBATION OFFICE<br>2nd Floor U.S. Courthouse<br>520 West Soledad Ave.<br>Hagatna, Guam 96910<br>(671) 473-9201 | ORIGINAL |



Roland J. B. Mora
USDC Cr. Cs. No. 99-00024-001
SSN: XXX-XX-8361
DOB: XX-XX-1974
HT: 5'11" WT: 190 lbs.

DATE   November 16, 2005

YOU ARE AUTHORIZED TO TRAVEL TO   Las Vegas, Nevada

LEAVING   **November 19, 2005**   AND RETURNING   N/A

WITHIN 24 HOURS AFTER YOUR RETURN YOU WILL CONTACT THIS OFFICE.

PURPOSE OF THIS TRIP:

**To relocate to the District of Nevada.**

Accommodations:   **Alma Olaco (girlfriend)**
**967 Orchid Vine Court**
**Las Vegas, Nevada 89123**
Telephone Number: **(702) 407-9441**

FILED
DISTRICT COURT OF GUAM
NOV 17 2005
MARY L.M. MORAN
CLERK OF COURT

SPECIAL INSTRUCTIONS:   (INCLUDE REQUIREMENT OF CRIMINAL REGISTRATION ORDINANCES IN TRAVEL AREA. ALSO INCLUDE INSTRUCTIONS FOR REPORTING IN DESTINATION DISTRICT.)

1.   You shall report to the United States Probation Office in the District of Nevada, in person, within 72 hours of your arrival in that District at:

Foley Federal Building, Suite 1200
300 Las Vegas Boulevard South
Las Vegas, Nevada 89101-5813
Telephone Number: (702) 388-6428

Contact Probation Officer: Brian Simon

RECEIVED
NOV 17 2005
DISTRICT COURT OF GUAM
HAGATNA, GUAM

COPY MAILED TO CHIEF PROBATION OFFICER
IN DISTRICT OF DESTINATION:

_____
CARMEN D. O'MALLAN
UNITED STATES PROBATION OFFICER

NAME   Chief U.S. Probation Officer Chris Hanson
ADDRESS   Foley Federal Building, Suite 1200
300 Las Vegas Blvd. South
Las Vegas, Nevada 89101-5813

☒ APPROVED   ☐ DISAPPROVED

_____
JOAQUIN V.E. MANIBUSAN, JR.
U.S. Magistrate Judge