# UNITED STATES DISTRICT COURT
# FOR THE
# DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 99-00024-001 |
| Plaintiff, ) | |
| vs. ) | **REQUEST TO TRAVEL** |
| ROLAND J. B. MORA, ) | |
| Defendant. ) | |

    On December 27, 2002, Roland Mora was sentenced by the Honorable John S. Unpingco for Attempted Possession Of Methamphetamine Hydrochloride With Intent To Distribute, in violation of 21 U.S.C. § 841(a)(1). He was sentenced to 24 months imprisonment and five years supervised release. Mr. Mora's term of supervised release commenced on October 19, 2004. His case was transferred to the District of Nevada on November 25, 2005.

    Mr. Mora is requesting the Court's permission to travel to the Republic of the Philippines to visit his family and attend his parents' retirement party. His requested travel dates are from October 25 to November 12, 2007.

    Mr. Mora has completed all of his special conditions of release and has remained in compliance with his conditions of supervised release. The United States Probation Office for the District of Nevada and this Officer supports Mr. Mora's travel request and seeks Court approval.

Respectfully submitted,

ROSSANNA VILLAGOMEZ-AGUON
Acting Chief U.S. Probation Officer

By:  /s/ CARMEN D. O'MALLAN
      U.S. Probation Officer Specialist

Reviewed by:

 /s/ ROSSANNA VILLAGOMEZ-AGUON
    Acting Chief U.S. Probation Officer

cc:    File

| PROB 37 (Rev. 7/71) | UNITED STATES DISTRICT COURT<br>FEDERAL PROBATION SYSTEM<br>**PERMISSION TO TRAVEL** | ADDRESS OF PROBATION OFFICE<br>U.S. PROBATION OFFICE<br>2nd Floor U.S. Courthouse<br>520 West Soledad Ave.<br>Hagatna, Guam 96910<br>(671) 473-9201 |
|---|---|---|

**Roland J. B. Mora**
Criminal Case No. 99-00024-001
SSN: XXX-XX-8361
DOB: XX-XX-1974
HT: 5'11" WT: 190 lbs.



DATE  **September 24, 2007**

YOU ARE AUTHORIZED TO TRAVEL TO   **Republic of the Philippines**

LEAVING   **October 25, 20007**   AND RETURNING   **November 12, 2007**

WITHIN 24 HOURS AFTER YOUR RETURN YOU WILL CONTACT THIS OFFICE.

PURPOSE OF THIS TRIP:

**To visit family.**

SPECIAL INSTRUCTIONS:   (INCLUDE REQUIREMENT OF CRIMINAL REGISTRATION ORDINANCES IN TRAVEL AREA. ALSO INCLUDE INSTRUCTIONS FOR REPORTING IN DESTINATION DISTRICT.)

1. **You shall immediately report any change in your travel plans to the U.S. Probation Office.**

2. **You shall report to the United States Probation Office in the District of Nevada, in person, within 72 hours of your return.**

COPY MAILED TO CHIEF PROBATION
OFFICER IN DISTRICT OF DESTINATION:

/s/ CARMEN D. O'MALLAN
UNITED STATES PROBATION OFFICER

NAME
ADDRESS

☐ APPROVE   ☐ DISAPPROVE