| | | |
|---|---|---|
| PROB 37<br>(Rev. 7/71) | UNITED STATES DISTRICT COURT<br>FEDERAL PROBATION SYSTEM<br><br>**PERMISSION TO TRAVEL** | ADDRESS OF PROBATION OFFICE<br><br>U.S. PROBATION OFFICE<br>2nd Floor U.S. Courthouse<br>520 West Soledad Ave.<br>Hagatna, Guam 96910<br>(671) 473-9201 |

**Roland J. B. Mora**
Criminal Case No. 99-00024-001
SSN: XXX-XX-8361
DOB: XX-XX-1974
HT: 5'11" WT: 190 lbs.



DATE **September 24, 2007**

YOU ARE AUTHORIZED TO TRAVEL TO      **Republic of the Philippines**

LEAVING    **October 25, 20007**    AND RETURNING    **November 12, 2007**

WITHIN 24 HOURS AFTER YOUR RETURN YOU WILL CONTACT THIS OFFICE.

PURPOSE OF THIS TRIP:

**To visit family.**

SPECIAL INSTRUCTIONS:   (INCLUDE REQUIREMENT OF CRIMINAL REGISTRATION ORDINANCES IN TRAVEL AREA. ALSO INCLUDE INSTRUCTIONS FOR REPORTING IN DESTINATION DISTRICT.)

1. You shall immediately report any change in your travel plans to the U.S. Probation Office.

2. You shall report to the United States Probation Office in the District of Nevada, in person, within 72 hours of your return.

COPY MAILED TO CHIEF PROBATION
OFFICER IN DISTRICT OF DESTINATION:

/s/ CARMEN D. O'MALLAN
UNITED STATES PROBATION OFFICER

NAME _____      [x] APPROVE    [ ] DISAPPROVE
ADDRESS _____
_____
_____

/s/ Frances M. Tydingco-Gatewood
Chief Judge
Dated: Sep 25, 2007